# ALEXIS RÉAUME
### v.
# JOSEPH BAILLY

## 1807

### Journal Entries

1. Declaration filed; appearance . . . . . . *Journal, infra,* \*p. 79
2. Rule to enter special bail . . . . . . . . . . " 94
3. Postponement . . . . . . . . . . . . " 129
4. Discontinuance; judgment . . . . . . . . " 151

### Papers in File

1. Capias and return . . . . . . . . . . . . . . . .
2. Affidavit of Alexis Réaume . . . . . . . . . . . .
3. Declaration (incomplete) . . . . . . . . . . . . .